PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Terlazzo Wiltshire

Cr.: 21-00845-001
PACTS #: 6679393

Name of Sentencing Judicial Officer:   THE HONORABLE SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/07/2013

Original Offense:   Distribution and Possession with Intent to Distribute Cocaine and Cocaine Base, 21
U.S.C. § 841(a)(1)

Original Sentence: 151 months of imprisonment, 36 months of supervised release

Special Conditions: Fine, Special Assessment, Substance Abuse Testing and Treatment, No New
Debt/Credit, Financial Disclosure

Type of Supervision: Supervised Release                   Date Supervision Commenced: 04/25/2021

## NONCOMPLIANCE SUMMARY

On September 29, 2021, Wiltshire tested positive for opiates and submitted a diluted urine. On December
27, 2021, Wiltshire submitted a substituted urine and the lab found that the sample was not consistent with
normal human urine. On January 10, 2022, Wiltshire submitted a urine screen which was extremely clear.
That sample was sent out to the lab and was found not to be consistent with normal human urine. On January
24, 2022, Wiltshire admitted to using cocaine, ecstasy, and marijuana. On January 27, 2022, Wiltshire was
instructed to report to Turning Point to attend inpatient treatment on January 28, 2022. Wiltshire failed to
do so. However, he reported for treatment on February 3, 2022.

U.S. Probation Officer Action:

The individual is now attending inpatient treatment at Turning Point to address his substance abuse issues.
Once Wiltshire completes inpatient treatment, he shall comply with any aftercare recommendations from
the treatment provider. He will then undergo random testing by our office, and Narcotics Anonymous (NA)
meetings will also be recommended. We will notify the Court of any additional instances of noncompliance.

Prob 12A – page 2
Terlazzo Wiltshire

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   MARIBEL PEREZ
        U.S. Probation Officer

/ mp

APPROVED:

_____     02/04/2022
DONALD L. MARTENZ, JR.                      Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

_____
February 4, 2022
Date