PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Terlazzo Wiltshire     Cr.: 21-00845-001
                                                              PACTS #: 6679393

Name of Sentencing Judicial Officer:    THE HONORABLE SYLVIA H. RAMBO
                                        UNITED STATES DISTRICT JUDGE, MD/PA
                                        (Jurisdiction transferred to the Hon. Susan D. Wigenton
                                        on November 9, 2021)

**Original Offense:**   Count One: Distribute and Possession with Intent to Distribute Cocaine and Cocaine Base, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class C Felony

**Original Sentence:** Imposed on 08/07/2013; 151 months imprisonment, 3 years supervised release

**Violation of Supervised Release:** Heard 02/09/2023; resentenced to 12 months and one day custody, 2 years reimposed supervised release

Special Conditions: Special Assessment; Alcohol/Drug Testing and Treatment; Mental Health Treatment; Life Skills/Education; No Victim Contact

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/06/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    Terlazzo Wiltshire violated the following special condition of supervised release: **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name."**

     On March 6, 2023, Terlazzo Wiltshire admitted to the use of opiates and fentanyl.

2    Terlazzo Wiltshire violated the following special condition of supervised release: **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name."**

     On April 20, 2023, Terlazzo Wiltshire tested positive for cocaine, opiates, and fentanyl.

Prob 12A – page 2
Terlazzo Wiltshire

U.S. Probation Officer Action:

On March 6, 2023, Mr. Wiltshire began a term of reimposed supervision after having been adjudged guilty of violation of supervised release in February 2023. He reported to the probation office upon his release and explained that he struggled with substance abuse. Mr. Wiltshire was prescribed suboxone during his term of incarceration; however, he was released without medication from the Essex County Jail. Mr. Wiltshire was instructed by a senior probation officer to report to the closest emergency room to which he would be provided a limited supply of suboxone. An instant drug test collected on March 6, 2023, resulted positive for heroin and fentanyl. Mr. Wiltshire admitted to the use of illegal substances prior to his release from the Essex County jail. On April 20, 2023, Mr. Wiltshire tested positive for cocaine, opiates, and fentanyl. He advised that he was complying with the prescribed suboxone; however, relapsed the week of a hearing for a pending case in Georgia. Mr. Wiltshire was warned against consuming illegal substances while taking suboxone, indicating that it can be hazardous.

Mr. Wiltshire appears motivated to obtain sobriety and has taken the initiative to seek a treatment facility that he feels comfortable with. He is currently attending New Direction intense outpatient program with cooccurring mental health treatment. This officer spoke with his counselor, Mr. Michael Jackson, who reported that Mr. Wiltshire does not require detoxification at this time; however, he will continue to monitor his progress and drug use through random urine screens and attendance. Mr. Wiltshire meets with a mental health professional once a week and attends group meetings three times per week. Mr. Jackson advised that Mr. Wiltshire will begin using Vivitrol to assist with relapse prevention beginning on May 15, 2023.

The U.S. Probation Office will continue to monitor Mr. Wiltshire's substance use with random urine screens, obtain monthly progress reports from New Direction, and notify the court of any additional noncompliance. We are respectfully requesting no action be taken against Mr. Wiltshire at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: JENNIFER M. BONET
U.S. Probation Officer

/ jmb

APPROVED:

_____for_____     05/08/2023
CARRIE H. BORONA            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Terlazzo Wiltshire

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 9, 2023
Date