PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Terlazzo Wiltshire      Cr.: 21-00845-001
     PACTS #: 6679393

Name of Sentencing Judicial Officer:    THE HONORABLE SYLVIA H. RAMBO
     UNITED STATES DISTRICT JUDGE, MD/PA

Name of Reassigned Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
     UNITED STATE DISTRICT JUDGE
     (Jurisdiction transferred on November 9, 2021)

**Original Offense:** Count One: Distribute and Possession with Intent to Distribute Cocaine and Cocaine Base, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Class C Felony

**Original Sentence:** Imposed on 08/07/2013; 151 months imprisonment, 3 years supervised release

**Violation of Supervised Release:** Heard 02/09/2023; Supervised release revoked. Sentenced to 12 months and one day custody, 2 years supervised release

**Special Conditions:** Special Assessment; Alcohol/Drug Testing and Treatment; Mental Health Treatment; Life Skills/Education; No Victim Contact

**Type of Supervision**: Supervised Release      **Date Supervision Commenced**: 03/06/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Terlazzo Wiltshire violated the following special condition of supervised release: **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name."** |
| | On May 8, 2023, and May 23, 2023, Terlazzo Wiltshire submitted a urine sample to the New Directions treatment program that was positive for buprenorphine and fentanyl. |
| | On May 20, 2023, Terlazzo Wiltshire submitted a urine sample to the New Directions treatment program that was positive for buprenorphine, fentanyl, and cocaine. |
| | On June 13, 2023, Terlazzo Wiltshire submitted a urine sample to the New Directions treatment program that was positive for buprenorphine and cocaine. |

Prob 12A – page 2
Terlazzo Wiltshire

U.S. Probation Officer Action:

On March 6, 2023, Mr. Wiltshire began a term of supervision after being released on a violation of supervised release. Reference is made to a previous non-compliance report dated May 8, 2023, wherein positive drug tests were reported to the Court and no further action was taken against Mr. Wiltshire.

Mr. Wiltshire has been participating in intensive out-patient treatment with New Directions located in Newark, New Jersey, since March 2023. Currently, he is residing at Circle of Life, a shelter administered by the New Directions treatment facility, and he is working closely with his counselor, Mr. Michael Jackson.

As noted above, Mr. Wiltshire submitted positive tests to the treatment facility throughout the month of May and once in June. This officer has maintained consistent communication with Mr. Jackson regarding Mr. Wiltshire's compliance; however, was not notified of the positive tests until June 29, 2023. Lab confirmations of the urine screens taken at the treatment facility were also received on June 29, 2023.

This officer spoke with the counselor, Mr. Jackson, who indicated that Mr. Wiltshire had relapsed in the month of May and that Mr. Wiltshire was advised of the consequences of continued drug use and was encouraged to continue working towards sobriety. On July 26, 2023, Mr. Jackson indicated that Mr. Wiltshire has been doing well and has not submitted subsequent positive urine tests. Notably, Mr. Wiltshire reported to the probation office on July 5, 2023, and submitted a negative urine sample.

Pursuant to 18 U.S.C. § 3583(g)(4), when an individual tests positive for illegal controlled substances more than three times over the course of one year, the court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment. However, pursuant to 18 U.S.C. § 3583(d) the court shall consider if an individual is actively participating in treatment. In this case, Mr. Wiltshire is actively engaged in treatment and continues to reside in their sober living facility.

Mr. Wiltshire is aware of his challenges and is working through them and is currently prescribed Suboxone. He is working full time and continues to engage in treatment. Mr. Wiltshire is residing at the Circle of Life shelter and was recently approved for a voucher for housing. He is seeking landlords who will accept his voucher and is starting to rebuild relationships with his daughter and mother. In view of his recent abstinence and continued engagement with treatment, our office is respectfully requesting that no court action be taken against Mr. Wiltshire. We will continue to monitor Mr. Wiltshire's abstinence from illegal substances, participation in treatment, along with the remaining conditions of supervision, and notify Your Honor of any further non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Jennifer Bonet*

By:   JENNIFER M. BONET
U.S. Probation Officer

/ jmb

Prob 12A – page 3
Terlazzo Wiltshire

APPROVED:

*[signature: Carrie H. Borona]*　　07/28/2023
CARRIE H. BORONA　　　　　　　Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*[signature: SD Wigenton]*
Signature of Judicial Officer

July 28, 2023
Date